UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU, Civil No. 00-2484 (DSD/JMM)

Plaintiff,

v. ORDER

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

On November 8, 2000, Defendant filed a Notice of Removal, (Docket No. 1), causing this action to be removed to federal court from the Eighth Judicial District Court of the State of Minnesota, Swift County. See 28 U.S.C. § 1441 et seq. As far as the Court can tell, Defendant has not yet filed any answer or other response to Plaintiff's Complaint in this matter. Notwithstanding the provisions of 42 U.S.C. § 1997e(g), the Court finds that Defendant should formally respond to the action that Plaintiff is attempting to maintain.

Therefore, based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Within twenty (20) days after the date of this order, Defendant shall file an Answer, a motion to dismiss, or some other formal response to Plaintiff's Complaint.

Dated: 11/14, 2000

JOHN M. MASON
United States Magistrate Judge

NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK