UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

CIVIL NO. 00-2484 (DSD/JMM)

ORDER

On November 8, 2000, Defendant filed a Notice of Removal [Docket No. 1], causing this action to be removed to federal court from the Eighth Judicial District Court of the State of Minnesota, Swift County. On November 27, 2000, Plaintiff filed a Motion to Remand Cause to State Court. [Docket No. 3].

IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's Motion to Remand Cause to State Court [Docket No. 3] no later than December 11, 2000.

Dated: November 28, 2000

JOHN M. MASON
United States Magistrate Judge

NOV 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK