UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendants

CIVIL NO. 00-2484 (DSD/JMM)

ORDER

Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Rule 65(b) [Docket No. 20] in the above matter on February 20, 2001. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. If Plaintiff has not already done so, no later than March 1, 2001, Plaintiff shall cause one copy of the Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 20] and one copy of the Supporting Declaration [Docket No. 21] to be delivered to Defendant in accordance with Fed. R. Civ. P. 5(a) and Local Rule 7.1(b)(1).

2. No later than March 8, 2001, Defendant shall file a response to Plaintiff's Motion at which time Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 20] will be taken under advisement.

Dated: February 22, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 22 2001