UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU, CIVIL NO. 00-2484 (DSD/JMM)

Plaintiff,

v. ORDER

CORRECTIONS CORPORATION
OF AMERICA,

Defendant.

The above matter is before the Court on Defendant's Motion for Protective Order [Docket No. 25] and Plaintiff's Motion for Leave to Amend Pleadings [Docket No. 24]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff's Motion for Leave to Amend Pleadings [Docket No. 24] is granted. Plaintiff shall file and serve an Amended Complaint no later than May 9, 2001. Defendant shall file and serve an Answer to the Amended Complaint or a Motion to Dismiss the Amended Complaint, no later than June 11, 2001.

2. Defendant's Motion for Protective Order [Docket No. 25] is granted. Discovery in this action shall be stayed until Defendant is required to file an Answer to Plaintiff's Amended Complaint, following any Motion to Dismiss filed by Defendant in response to the Amended Complaint.

Dated: April 25, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The reasoning behind this Order is set out in the Court's Report and Recommendation on Defendant's Motion to Dismiss [Docket No. 27].

J.M.M.

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK