UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU,

Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA,

Defendant.

CIVIL NO. 00-2484 (DSD/JMM)

ORDER

The above matter is before the Court on Plaintiff's Motion for Extension of Time to Amend Pleadings [Docket No. 40]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Amend Pleadings [Docket No. 40] is granted. Plaintiff shall file and serve an Amended Complaint no later than June 8, 2001. Defendant shall file and serve an Answer to the Amended Complaint or a Motion to Dismiss the Amended Complaint, no later than July 9, 2001.

Dated: May 7, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______