UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH AYUYU,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

CIVIL NO. 00-2484 (DSD/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated April 25, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 27] is denied without prejudice to any substantive arguments made by Defendant in support of the Motion.

Dated: 5/11/01

DAVID S. DOTY
United States District Court Judge

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______