UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2484(DSD/JMM)

Joseph Ayuyu,

Plaintiff,

v.

**AMENDED ORDER**

Corrections Corporation of America,

Defendant.

This matter is before the court on the motion of plaintiff Joseph Ayuyu for an extension of time to file a Rule 72.1(c)(2) objection to the report and recommendation of the magistrate judge. For good cause shown, the court will grant plaintiff's motion, and extend the time in which he may file his objections to the report and recommendation dated December 5, 2001, until January 26, 2002.

Dated: January 14, 2002

David S. Doty, Judge
United States District Court

FILED 1-14-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. __________
Deputy Clerk's Initials ______