UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2484(DSD/JMM)

Joseph Ayuyu,

Plaintiff,

v. **ORDER**

Corrections Corporation of America,

Defendant.

The United States Court of Appeals for the Eighth Circuit has remanded this matter to the district court for the limited purpose of determining whether plaintiff Joseph Ayuyu should be allowed to proceed in forma pauperis. [Doc. No. 60]. The court, however, is unable to consider plaintiff's request because plaintiff has failed to submit a certified copy of his trust fund account statement pursuant to 28 U.S.C. § 1915(a)(2).[1]

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed on appeal in forma pauperis [Doc. No. 61] is denied without prejudice;

---

[1] Plaintiff has also moved for sanctions against defendant under Rule 11 of the Federal Rules of Civil Procedure [Docket No. 63], however, pursuant to the Eighth Circuit Court of Appeal's order dated March 5, 2002, [Doc. No. 60] which remanded this matter to the district court for the limited purpose of determining plaintiff's IFP status, this court lacks jurisdiction to consider the motion for sanctions and must dismiss it accordingly.

FILED 5-28-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

2. Plaintiff's motion for sanctions [Doc. No. 63] is dismissed for lack of jurisdiction.

Dated: May 21, 2002

David S. Doty, Judge
United States District Court