UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Joseph Ayuyu,
Plaintiff,

Civil 00-2484 DSD

v.

Corrections Corporation of America,
Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 150.00 | $ 150.00 |
| TOTAL: | $ 150.00 | $ 150.00 |

Costs, therefore, are taxed in the sum of One Hundred Fifty Dollars and 00/100 ($150.00) in favor of Defendant Corrections Corporation of America and against Plaintiff Joseph Ayuyu and judgment is entered accordingly. Motion for review by the Court may be made within ten days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of January 22, 2003.

RICHARD D. SLETTEN, CLERK

By [signature]
Amy M. Leonetti
Law Clerk

FILED 1-22-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-22-03
DEPUTY CLERK